**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEPHAN A. HILL			Chapter 13
ROBIN S. HILL,			Case No.: 8:18-BK-08601-CPM

　　　Debtors.

_____/

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

DEBTORS, STEPHAN A. HILL and ROBIN S. HILL ("Debtors" or "Claimants"), by and through the undersigned attorney, hereby file this Motion for Payment of Unclaimed Funds to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court to Debtor, and in support thereof, state as follows:

1.　　On October 9, 2018, Debtors filed a Petition for Relief under Chapter 13 of the United States Bankruptcy Code in the instant case.

2.　　The bankruptcy case was dismissed on April 29, 2020.

3.　　Claimants are the Debtors in the above captioned bankruptcy case and on whose behalf funds were deposited.  Debtors have the right to claim said funds because the funds were made payable to Debtors as part of the monies that Debtors paid in the Chapter 13 case.

4.　　Claimants/Debtors names and last four (4) digits of the social security numbers are as follows: Stephan A. Hill (8014) and Robin S. Hill (5854).  Debtors' residential and mailing address is 1138 Nashville Drive, Wesley Chapel, FL 33544.

5.　　Claimants/Debtors are the rightful owners of the funds in the amount of $3,547.05.  The original check number for the said funds is Check No. 67213.

6.      Claimants/Debtors certify under penalty of perjury that all statements made by Claimants/Debtors in this Motion and any attachments required for this Motion is, to the best of Claimants/Debtors' knowledge, true and correct.

7.      Accordingly, Claimants/Debtors request the Court to enter an Order authorizing payment of the dividend due upon this claim to Claimants/Debtors.

WHEREFORE, Claimants/Debtors respectfully requests that this honorable Court enter an Order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court as specified herein to Claimants/Debtors, and for any other such relief as this honorable Court deems just and proper.

DATED this 20th day of June 2022.

Respectfully Submitted,

/s/ Paris Lee Davis, Jr.,
Paris Lee Davis, Jr., Esq.
FL Bar No.: 91000
4707 W. Gandy Blvd., Suite 10A
Tampa, FL 33616
Telephone No.: (813) 898-6171
Email: paris@parisleedavis-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion has been furnished electronically and/or via U.S. Mail to Debtor; John Waage - Chapter 13 Trustee; and the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602 on this 20th day of June 2022.

/s/ Paris Lee Davis, Jr.